**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 25, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00391-CV

---

### IN RE A.O.A., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-50896**

---

## MEMORANDUM OPINION

On April 30, 2015, relator A.O.A. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Schmude, presiding judge of the 247th District Court of Harris County, to set aside the March 13, 2015 temporary orders in the underlying divorce proceeding.

Relator has not shown that he is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.